# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**WildEarth Guardians,**　　　　　　　　　　　Civil Action No.

　　　　　　　　　Plaintiff,

v.

**Extraction Oil & Gas, Inc.;**
**Bonanza Creek Energy Operating Company, LLC;**
**Crestone Peak Resources Operating, LLC;**
**Great Western Operating Company, LLC;**
**Mallard Exploration, LLC;**
**Noble Energy, Inc.; and**
**PDC Energy, Inc.**

　　　　　　　　　Defendants.

## SUMMONS IN A CIVIL ACTION

To:　PDC Energy, Inc.
　　　1775 Sherman Street, Suite 3000
　　　Denver, Colorado 80203

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Randall M. Weiner
Annmarie Cording
Law Offices of Randall M. Weiner, P.C.
3100 Arapahoe Avenue, Suite 202
Boulder, CO  80303
Telephone: (303) 440-3321
FAX: (720) 292-1687
*Attorneys for Plaintiffs*

2

 

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                    _____
*Signature of Clerk or Deputy Clerk*